**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**HANCOCK FABRIC OUTLET, INC.,**
**Respondent.**
**No. 30083.**

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 1971.

Charles M. Paschal, Jr., Regional Director, Region 15, N.L.R.B., New Orleans, La., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Abigail Cooley Baskir, Melvyn I. Monzack, Attys., N.L.R.B., for petitioner.

Abram L. Phillips, Jr., Sidney H. Schell, Mobile, Ala., for respondent.

Before JOHN R. BROWN, Chief Judge, and WISDOM and RONEY, Circuit Judges.

PER CURIAM:

Enforced. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.